UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD GROSSMAN**<br>6100 Westchester Park<br>College Park, MD<br><br>            **Plaintiff,**<br><br>      v.<br><br>**CARLOS M. GUTIERREZ, Secretary**<br>U.S. Department of Commerce<br>1401 Constitution Ave, NW<br>Washington, D.C.  20230<br><br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0353 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY
                    D.C. BAR NUMBER 498-610


        By:      _____/s/_____
                    OLIVER W. McDANIEL, D.C. Bar No. 377-360
                    Assistant United States Attorney
                    Civil Division
                    555 4th Street, N.W.
                    Washington, D.C.  20530
                    (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2007, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiff, **Nathaniel D. Johnson**, by the Electronic Case Filing system (ECF) or, if this means fails, then by first class mail, postage prepaid, addressed as follows:

**NATHANIEL D. JOHNSON**
3475 Leonardtown Road
Suite 200
Waldorf, MD 20602

/s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739