UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD GROSSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0353 (JR) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney Oliver W. McDaniel.

Respectfully submitted,

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)


__/s/_____
OLIVER W. McDANIEL, D.C. BAR # 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Substitution of Counsel was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Nathaniel D. Johnson, Esq.
>Nathaniel D. Johnson & Associates, L.L.C.
>3475 Leonardtown Road
>Suite 200
>Waldorf, MD 20602

on this 31st day of May, 2007.

>\_\_/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)