UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD GROSSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0353 (JR) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant Carlos M Guitierrez, Secretary, United States Department of Commerce ("the Secretary"), by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. Defendant requests that the deadline for responding be extended by sixty days, from June 18, 2007 to August 17, 2007. This is Defendant's first request for an enlargement of time in this case. No scheduling order has been entered.

Pursuant to Local Rule 7(m), on June 14, 2007, the undersigned Counsel for Defendant attempted to make contact with Plaintiff's counsel, by phone and e-mail, to ascertain whether he consented to this Motion. On June 15, 2007, Plaintiff's counsel sent an e-mail response to the undersigned counsel in which he indicated that he would not agree to a sixty day enlargement, but merely, "as a gesture of good will," would "ask [his] client if he will consent to a twenty (20) day enlargement of time for Defendant to file an Answer only, and not a dispositive motion." Plaintiff's counsel further advised in his message that "otherwise Plaintiff does not consent."

In support of his motion, Defendant avers the following:

1. Plaintiff filed his complaint in this action on or about February 14, 2007. See Docket Entry No. 1. Plaintiff did not however perfect service until April 17, 2007, the date on which he finally served a copy of his Complaint upon the United States Attorney's Office for the District of Columbia. See Fed. R. Civ. P. 4(i)(1)(A). Consequently, the Defendant's deadline for filing an Answer or other Response to the Complaint is currently June 18, 2007. See Fed. R. Civ. P. 6(a), 12(a)(3)(B). Because of Plaintiff's delay in serving the United States Attorney's Office, this office was not made aware of Plaintiff's action until April 17, 2007.

2. The undersigned counsel for Defendant, Jonathan C. Brumer, began a detail at the United States Attorney's Office on May 7, 2007. This case was reassigned from Assistant United States Attorney Oliver W. McDaniel to Mr. Brumer on May 22, 2007. Mr. Brumer will need additional time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to the Complaint. Mr. Brumer anticipates that he will probably want to file a dispositive motion in response to the Complaint, which will require additional time for preparation.

3. Plaintiff's Complaint is quite vague. It alleges, for example, that "Plaintiff applied for" an unspecified number of unnamed "meteorologists positions and was denied the position . . . " See Complaint, ¶ 10. Thus, it is not entirely clear on the face of Plaintiff's Complaint how many and which position denials form the basis of the Complaint. The lack of specificity in the Complaint has severely hampered Defendant's ability to formulate an appropriate response.

4. Agency counsel has already provided some relevant information and documents to the undersigned counsel. However, agency counsel and the undersigned counsel recently conferred

and determined that additional information and documents will need to be uncovered and analyzed in connection with the preparation of the dispositive motion which the Defendant anticipates filing in response to Plaintiff's Complaint. Agency counsel will need some time to search for these documents and this information, and the undersigned counsel will need additional time to review those materials and discuss them with agency counsel.

     5. An enlargement of time is also necessitated in part by the imminent litigation deadlines which will confront agency counsel in the next two months. Among other things, agency counsel will work on: taking two depositions involving complex harassment allegations pending before the EEOC occurring in the next 20 days in Leigh v. Department of Commerce, EEOC No. 531-2007-00130X ("Leigh") and Martin v. Department of Commerce, EEOC No. 531-2007-0063X ("Martin"); two EEOC Hearings in the next 30 days involving the filing of detailed Prehearing Statements, preparation of witnesses, cross-examination preparation, and presentation of evidence at the Hearing in the Leigh and Martin cases, respectively; expedited discovery in an EEOC proceeding in the EEOC's Phoenix Division in the next 30 days in Richmond v. Department of Commerce, EEOC No. 540-2007-00140X; and a labor arbitration between AFGE Local 231and the Department of Commerce, and preparation for same, which will occur within the next 60 days.

     6. Furthermore, within the next four weeks, the undersigned Counsel for Defendant has numerous court deadlines scheduled in his other cases, including Answers and/or dispositive motions in Bonaparte v. United States Department of Justice, Civil Action No. 07-749 (D.D.C.), Delgado v. Gonzalez, Civil Action No. 07-256 (D.D.C.), Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Murthy v. USDA, Civil Action No. 06-2208 (D.D.C.), and West v. Jackson,

Civil Action No. 07-727 (D.D.C.); and Responses to Orders to Show Cause in <u>Mitchell v. Federal Bureau of Prisons</u>, Civil Action No. 05-05420 (D.C. Cir.) and <u>Watts v. Gonzalez</u>, Civil Action No. 06-777 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to August 17, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *Motion for Enlargement of Time* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Nathaniel D. Johnson, Esq.
>Nathaniel D. Johnson & Associates, L.L.C.
>3475 Leonardtown Road
>Suite 200
>Waldorf, MD 20602

on this 15th day of June, 2007.

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)