IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD GROSSMAN**<br>6100 Westchester Park<br>College Park, Maryland<br><br>        Plaintiff,<br><br>v.<br><br>**CARLOS M. GUTIERREZ, SECRETARY**<br>**U.S. DEPARTMENT OF COMMERCE**<br>1401 Constitution Avenue, NW,<br>Washington, DC 20230<br><br>        Defendant. | Civil No. 07-353 (JR) |

## AMENDED COMPLAINT

**NOW COMES** Plaintiff, Gerald Grossman, by and through undersigned counsel and files this Amended Civil Complaint for damages. Plaintiff states herein as follows:

### JURISDICTION AND VENUE

1. This action is authorized and instituted pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 et seq., hereinafter "ADEA."

2. This action properly lies in the District Court for the District of Columbia because this judicial district has personal jurisdiction over Defendant. This action is also in accordance with 28 U.S.C. 1331.

### PARTIES

3. Gerald Grossman is a citizen of the United States and resides in the State of Maryland.

4. In accordance with the ADEA, he is a member of a protected class based on his age, over 40 years.

5. Defendant, Carlos Gutierrez, is the Secretary of the Department of Commerce, a government agency, which is subject to the provisions of the ADEA.

## ADMINISTRATIVE PROCEDURES

6. Plaintiff timely filed his charges of discrimination against the Defendant with its Equal Employment Opportunity (EEO) Office on June 29, 2005, in accordance with EEOC Regulation 29 CFR 1614.106.

7. Plaintiff withdrew his complaint from the U.S. EEOC, and Defendant was directed to file its Final Agency Decision.

8. Plaintiff therefore invokes his right to sue under 42 U.S.C. § 2000e-5(f) and 29 U.S.C. § 626 in that he has satisfied all administrative and judicial prerequisites to the institution of this action.

## STATEMENT OF FACTS

9. Plaintiff applied for the following positions with Defendant: Meteorologist (NWS-NCEP 2005-0015); Meteorologist (NWS-NCEP 2005-0017); Meteorologist (H-NWS-04122-GCM); Meteorologist (H-NWS-04121-GCM); Meteorologist (H-NWS-04102-GCM); Meteorologist (H-NWS-04101-GCM); Meteorologist (H-NWS-05010-MFW); Meteorologist (H-NWS-04134-GCM); Senior Forecaster (NOS-CCOS-2004-0015); Senior Forecaster (C-NWSC-04085TMP); General Forecaster WS-409081-12; and General Forecaster EWS-4090805-12.S.

10. According to the internal investigation, Defendant selectees individuals under age 62 for the following positions: Meteorologist (NWS-NCEP 2005-0017); Meteorologist

(H-NWS-04122-GCM); Meteorologist (H-NWS-04121-GCM); Meteorologist; (H-NWS-04101-GCM); Meteorologist (H-NWS-04134-GCM); Senior Forecaster (C-NWSC-04085TMP); General Forecaster WS-409081-12; and General Forecaster EWS-4090805-12.S.

## COUNT I

### FAILURE TO HIRE BASED ON AGE IN VIOLATION OF THE ADEA

11. Plaintiff re-alleges the allegations of Paragraphs 1 through 9, and incorporates them by reference herein.

12. Plaintiff applied for the meteorologists positions and was denied the position notwithstanding his extensive years of experience and expertise.

13. Plaintiff avers Defendant placed a similarly situated younger individuals in the position with lesser experience and qualifications than Plaintiff.

14. As a direct result of Defendant's discriminatory practices, Plaintiff has sustained economic and non-economic damages.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that this Honorable Court should grant him the following relief, namely:

(I). That this Court determine the employment practices complained of in this complaint are unlawful in that they violated the ADEA.

(ii). That Defendant be enjoined from continuing any and all discriminatory practices;

(iii). That Defendant pay Plaintiff a sum in excess of $60,000 for compensatory damages, back pay, interests, emotional distress;

(iv). That Defendant pay Plaintiff's costs and expenses and reasonable attorney's fees as provided in the ADEA in connection with this action;

(v). That this Court grant other and such further relief to the Plaintiff as it deems just and proper.

Respectfully submitted on behalf of Plaintiff:

August 13, 2007    _____/s/_____
Nathaniel D. Johnson (Federal #14729 MD)
3475 Leonardtown Road, Suite 200
Waldorf, Maryland   20602
301-645-9103
301-861-0411 fax

## CERTIFICATE OF SERVICE

I, Nathaniel D. Johnson, certify that on this date, the foregoing, Amended Complaint, was

forwarded via ECF to the following addressee:

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia, Civil Division
555 4th Street, N.W., Room E-4815
Washington, D.C. 20530

/s/
Nathaniel D. Johnson