IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD GROSSMAN**<br>6100 Westchester Park<br>College Park, Maryland<br><br>    Plaintiff,<br><br>v.<br><br>**CARLOS M. GUTIERREZ, SECRETARY**<br>**U.S. DEPARTMENT OF COMMERCE**<br>1401 Constitution Avenue, NW,<br>Washington, DC 20230<br><br>    Defendant. | Civil No. 07-353 (JR) |

## SUGGESTION OF DEATH

Undersigned counsel regrets to inform this Court that Plaintiff, Gerald Grossman, passed away on August 17th. Plaintiff's estate will be filing a Motion for Substitution of a Party in this action.

Respectfully submitted:

August 29, 2007         _____/s/_____
                        Nathaniel D. Johnson (Federal #14729 MD)
                        3475 Leonardtown Road, Suite 200
                        Waldorf, Maryland   20602
                        301-645-9103
                        301-861-0411 fax

1

**CERTIFICATE OF SERVICE**

I, Nathaniel D. Johnson, certify that on this date, the foregoing, Suggestion of Death, was

forwarded via ECF to the following addressee:

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia, Civil Division
555 4th Street, N.W., Room E-4815
Washington, D.C. 20530

/s/
Nathaniel D. Johnson