UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD GROSSMAN, )<br>)<br>       Plaintiff, )<br>)<br>     v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>       Defendant. )<br>) | Civil Action No. 07-0353 (JR) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Carlos M Guitierrez, Secretary, United States Department of Commerce, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint.

Defendant requests that the deadline for responding be extended by thirty days, from August 30, 2007 to October 1, 2007. This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered. Pursuant to Local Rule 7(m), on August 28, 2007, the undersigned counsel for the Defendant called Plaintiff's counsel to discuss the above motion, and Plaintiff's counsel advised government counsel that he consented to the requested enlargement of time.

In support of this motion, Defendant avers the following:

1. On June 15, 2007, Defendant filed a Motion for Enlargement of Time, his first in this case. In that Motion, Defendant respectfully requested that his deadline for responding to Plaintiff's Complaint be extended by sixty days, from June 18, 2007 to August 17, 2007, so that the undersigned counsel would have an opportunity to familiarize himself with the procedural

history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to the Complaint. See Docket Entry No. 4. The Court granted this motion. See Minute Order dated June 20, 2007.

2. On August 13, 2007, Plaintiff filed an Amended Complaint in this action. See Docket Entry Nos. 5 and 6. As a result of the filing of Plaintiff's Amended Complaint, Defendant's Answer or other response to Plaintiff's First Amended Complaint is currently due by August 30, 2007. See Fed. R. Civ. Pro. 6(a), 6(e), 15(a).

3. Since July 31, 2007, the undersigned counsel for the Defendant and Plaintiff's counsel have been exploring the possibility of a settlement agreement in this case. Although these discussions are at a preliminary stage, the undersigned counsel would like to have an opportunity to delay the onset of briefing in this case to enable these discussions to continue, in the hope that they may yet bear fruit.

4. The undersigned counsel seeks this enlargement for a second reason as well. On August 23, 2007, the undersigned counsel was informed by Plaintiff's counsel of a shocking and saddening development: that his client had passed away. The counsel for Defendant and the agency counsel assigned to this matter will need some additional time to ascertain how, if at all, this development may impact upon both the settlement discussions now underway and any response that they may wish to file in response to Plaintiff's Amended Complaint, should the settlement discussions prove unavailing.

5. In the event that the parties are unable to reach a settlement agreement, Counsel for Defendant anticipates filing a dispositive motion in response to the Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by August 30,

2007.

    6. Within the next thirty days, counsel for Defendant will have numerous imminent briefing deadlines in his other cases, including: (1) an Answer or other response to the Complaint due in <u>West v. Jackson</u>, Civil Action No. 07-0727 (D.D.C.); (2) a Reply brief in <u>Bonaparte v. United States Department of Justice</u>, Civil Action No. 07-749 (D.D.C.); (3) a Reply brief in <u>Watts v. Gonzalez</u>, Civil Action No. 06-777 (D.D.C.); (4) an Answer or other response to the Complaint due in <u>Federal Cure v. Lappin</u>, Civil Action No. 07-843 (D.D.C.); (5) a Reply brief due in <u>Murthy v. Johanns</u>, Civil Action No. 06-2208 (D.D.C.); (6) an Answer or other response to the Complaint due in <u>Taylor v. BOP</u>, 07-1081 (D.D.C.); and (6) a Reply brief due in <u>Dews-Miller</u>. In addition, within that time frame, the undersigned counsel will be responsible for preparing responses to a set of interrogatories and a request for production, for conducting one deposition, and for defending two other depositions, in <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.). Furthermore, counsel for the Defendant will have several discovery-related deadlines related to his <u>Dews-Miller</u> case during the next thirty days.

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that his time for answering or otherwise responding to Plaintiff's Complaint be extended to October 1, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of August, 2007, the foregoing *Consent Motion for Enlargement of Time* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

    Nathaniel D. Johnson, Esq.
    Nathaniel D. Johnson & Associates, L.L.C.
    3475 Leonardtown Road
    Suite 200
    Waldorf, MD 20602

    __/s/_____
    JONATHAN C. BRUMER, D. C. BAR # 463328
    Special Assistant United States Attorney
    555 Fourth Street, N.W., Room E4815
    Washington, D.C. 20530
    (202) 514-7431
    (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD GROSSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0353 (JR) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Defendant's *Consent Motion for Enlargement of Time* to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until October 1, 2007, to respond to the Complaint.

_____
JAMES ROBERTSON
United States District Court Judge

Copies of this order to:

Nathaniel D. Johnson, Esq.
Nathaniel D. Johnson & Associates, L.L.C.
3475 Leonardtown Road
Suite 200
Waldorf, MD 20602

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530