UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD GROSSMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0353 (JR) |
| CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce, | : |
| Defendant. | : |

**ORDER**

In view of the recent suggestion of plaintiff's death upon the record, and of Rule 25's allowance of a 90-day period for the substitution of parties, it seems prudent to extend the government's time to answer for longer than the period requested. If the parties can use the additional time to work out a settlement, so much the better. It is by the Court *sua sponte* **ORDERED** that the government may have until 21 days following the entry of a Rule 25(a)(1) substitution order within which to answer, move or otherwise plead to the complaint.


JAMES ROBERTSON
United States District Judge