IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD GROSSMAN** | |
| **Plaintiff,** | |
| v. | Civil No. 07-353 (JR) |
| **CARLOS M. GUTIERREZ, SECRETARY** | |
| **Defendant.** | |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF A PARTY

Pursuant to Rule 25(a) (1) of the Federal Rules of Civil Procedure, Plaintiff Andrew Weiss, by and through counsel, submits this Motion for Substitution of the Estate of Gerald Grossman as a party in this litigation in place of Plaintiff Gerald Grossman who tragically passed away on

A Memorandum of Points and Authorities in support of this Motion is attached.

Respectfully submitted:

October 9, 2007                    _____/s/_____
Nathaniel D. Johnson (Federal #14729 MD)
3475 Leonardtown Road, Suite 200
Waldorf, Maryland   20602
301-645-9103
301-861-0411 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD GROSSMAN**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CARLOS M. GUTIERREZ, SECRETARY**<br><br>    **Defendant.** | Civil No. 07-353 (JR) |

### PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES
### IN SUPPORT OF MOTION FOR SUBSTITUTION OF A PARTY

**NOW COMES** Plaintiff, Andrew Weiss, by and through undersigned counsel, and submits as follows his Memorandum of Points and Authorities in support of his Motion for Substitution of a Party pursuant to F.R.C.P. 25(a) (1).

### INTRODUCTION

This lawsuit was filed on February 22, 2007.  Defendant filed his motion for enlargement to answer or respond on June 15, 2007. Parties did engage in limited discussions regarding a settlement of the underlying claims. Plaintiff passed away on August 17, 2007  and undersigned counsel filed a Suggestion of Death on August 29, 2007. Defendant filed a consent motion for enlargement of time on August 30, 2007.  Per the affidavit of Andrew Weiss, the Estate of Gerald Grossman has hired undersigned counsel's law firm to continue prosecuting Mr. Grossman's claims in this case.  As such, Plaintiff Andrew Weiss, now files the instant Motion for Substitution of a Party.

## ARGUMENT

Fed.R.Civ.P. 25(a) (1) provides in relevant part that, "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties." The Rule also provides that the motion may be "made by any party or by the successors or representatives of the deceased…" and that the motion be made not later than "90 days after the death is suggested upon the record…" F.R.C.P. 25(a) (1).

Here, the Plaintiff's claims fall under the ADEA and is survived by his personal representative, Andrew L. Weiss. See *May v. Shuttle, Inc*. 1996 WL 774536 D.D.C. 1996, in which "[o]ne of the original plaintiffs is now deceased and the administrator of his estate has been substituted." In May, plaintiffs brought *inter alia* ERISA, ADEA, WARN and the Railway Labor Act[1].

## CONCLUSION

Attached as Exhibit 1 to this Motion is the Affidavit of Andrew Lawrence Weiss, the personal representative of Gerald Grossman's estate. On August 29, 2007 (Dkt. No. 7) undersigned filed a Suggestion of Death, as required to begin the 90-day clock for filing the Motion for Substitution. Therefore, all of the requirements set forth under Rule 25(a) (1) have now been satisfied, and Plaintiff asks that the Court grant his Motion to Substitute in the Estate of Gerald Grossman as a party to this litigation.

---

[1] Other Circuits have also recognized Substitution of a Party in the ADEA litigation. See *Kessler v. Southeast Permanente Medical Group of North Carolina, P.A.,* 165 F.R.D. 54 E.D.N.C., (1995); *Glanz v. Vernick*, 750 F.Supp. 39 D. Mass., (1990); and, *Austin v. Champion Intern. Corp*., Not Reported in F.Supp., 1990 WL 339487 S.D.Tex.,(1990).

Respectfully submitted:

October 9, 2007                           _____/s/_____
                                          Nathaniel D. Johnson (Federal #14729 MD)
                                          3475 Leonardtown Road, Suite 200
                                          Waldorf, Maryland  20602
                                          301-645-9103
                                          301-861-0411 fax

**CERTIFICATE OF SERVICE**

I, Nathaniel D. Johnson, certify that on this date, the foregoing, Motion for Substitution of a Party Suggestion of Death, Memorandum of Points and Authorities in support of his Motion for Substitution of a Party Suggestion of Death and Order were forwarded via ECF to the following addressee:

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia, Civil Division
555 4th Street, N.W., Room E-4815
Washington, D.C. 20530

                                                          _____/s/_____

                                                          Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD GROSSMAN<br>6100 Westchester Park<br>College Park, Maryland<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY<br>U.S. DEPARTMENT OF COMMERCE<br>1401 Constitution Avenue, NW,<br>Washington, DC 20230<br><br>    Defendant. | Civil No. 07-353 (JR) |

## AFFIDAVIT OF ANDREW LAWRENCE WEISS

I, Andrew Lawrence Weiss, being duly sworn, state the following is true and correct:

1. I have reached the age of majority, being eighteen years of age.

2. Gerald Grossman passed away on August 17, 2007, I was named as the personal representative of his estate.

3. As the personal representative of Mr. Grossman's estate, I would like to continue on with his claims against the U.S. Department of Commerce.

4. On behalf of the estate, I have hired the Law Firm of Nathaniel D. Johnson to carry on with the representation of Mr. Grossman's claims against the U.S. Department of Commerce.

5. I would like this honorable Court to take note of the fact that this case was very important to Mr. Grossman, and I truly hope that it would allow the estate to be granted the right to substitute in as a party.

All of the above statements are made freely by me and are based upon my personal first-hand knowledge and observations subject to the penalty of perjury under the law.

Executed this __5__ day of September 2007.

                                                Andrew L. Weiss

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD GROSSMAN** <br><br> Plaintiff, <br><br> v. <br><br> **CARLOS M. GUTIERREZ, SECRETARY** <br><br> Defendant. | Civil No. 07-353 (JR) |

## ORDER

**WHEREFORE**, Andrew L. Weiss has moved for a Substitution of Party in the above-captioned matter in accordance with F.R.C.P. 25(a)(1), it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____ day of October 2007;

Plaintiff's motion is hereby DENIED, this _____ day of October 2007.

**SO SHALL IT BE ORDERED.**


_____
James R. Robertson, U.S. District Court Judge