IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD GROSSMAN**<br>6100 Westchester Park<br>College Park, Maryland<br><br>    Plaintiff,<br><br>v.<br><br>**CARLOS M. GUTIERREZ, SECRETARY**<br>**U.S. DEPARTMENT OF COMMERCE**<br>1401 Constitution Avenue, NW,<br>Washington, DC 20230<br><br>    Defendant. | Civil No. 07-353 (JR) |

## NOTICE TO THE COURT

**NOW COMES** undersigned counsel and addresses some of the representations included in Defendant's Motion to Enlarge, filed November 2, 2007. (Dkt. No. 11). Defendant contends in his motion that undersigned failed to comply with Local Civil Rule 7(m) that requires a conference of the parties. (See Motion, pg.2).

Undersigned is not familiar with any legal authority that holds a Motion for Substitution, F.R.C.P. 25 (a) (1), as a dispositive motion necessitating compliance with Local Civil Rule 7(m). However, prior to filing the Motion for Substitution, parties engaged in several discussions regarding the authority in this circuit for substitution in ADEA cases, similar with Title VII cases. Moreover, Plaintiff was in his right to file the motion pursuant to this Court's sua sponte Order, issued on August 31, 2007.

1

With respect to Defendant's representations in his Motion to Enlarge, Plaintiff made two offers for settlement of this litigation. On October 13th, Plaintiff presented Defendant a firm and, very reasonable, final offer, which was rejected on November 2nd, the date Defendant was required by this Court to file his answer, move or otherwise plead to the complaint pursuant to its sua sponte Order. Id.

Lastly, and in response to Defendant's request to file his forty-five day enlargement, Plaintiff generously attempted to consent to additional time for Defendant to file his Answer only, but, Defendant rejected and, instead, stated that he would be filing a dispositive motion. Plaintiff's refusal to consent to the enlargement was based upon a very poor showing on the part of Defendant to hold productive settlement discussions in this litigation for the period set aside by this Court's Order. Id.

                Respectfully submitted:

November 5, 2007                _____/s/_____
                                          Nathaniel D. Johnson (Federal #14729 MD)
                                          3475 Leonardtown Road, Suite 200
                                          Waldorf, Maryland   20602
                                          301-645-9103
                                          301-861-0411 fax

**CERTIFICATE OF SERVICE**

I, Nathaniel D. Johnson, certify that on this date, the foregoing, Notice to the Court, was

forwarded via ECF to the following addressee:

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia, Civil Division
555 4th Street, N.W., Room E-4815
Washington, D.C. 20530

                                           /s/
                                 Nathaniel D. Johnson