UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GERALD GROSSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0353 (JR) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S  NOTICE TO THE COURT
REGARDING DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME**

Defendant Carlos M Gutierrez, Secretary, United States Department of Commerce, by and through undersigned counsel, files this Response to the Plaintiff's November 5, 2007 Notice to the Court, see Docket Entry No. 12, in order to address a few inaccurate and misleading statements in that Notice. Defendant respectfully states as follows:

1. Plaintiff asserts in his Notice to the Court that he "is not familiar with any legal authority that holds a Motion for Substitution, F.R.C.P. 25(a)(1), as a dispositive motion necessitating compliance with Local Civil Rule 7(m)." See Docket Entry No. 12 at 1. In fact, the obligation to confer which is imposed by Local Civil Rule 7(m) applies to nondispositive motions, not to dispositive motions as Plaintiff suggests.

2. On August 27, 2007, shortly before he filed his Suggestion of Death, Plaintiff's counsel sent an e-mail to the undersigned counsel in which he stated that "according to the law in this District, a personal representative can continue with a federal cause of action" and advised that "accordingly, I will confer with Mr. Grossman's personal representative and ask that the

appropriate affidavit is submitted to the Court." He then filed a Suggestion of Death on August 29, 2007. Plaintiff's counsel did <u>not</u> however once contact or attempt to contact the undersigned counsel to advise him that he planned to file a Motion to Substitute and to inquire as to his position on that motion, prior to his filing of it on October 9, 2007.

      3. With regard to Plaintiff's representations in his Notice concerning the settlement negotiations which transpired between the parties, the undersigned counsel wishes to note that the undersigned counsel emphatically disputes Plaintiff's claim that his "final offer" was "very reasonable" or reasonable at all.

      4. Notwithstanding Plaintiff's claim that Defendant made a "very poor showing" and failed to "hold productive settlement discussions in this litigation during the period set aside by this Court's order," the undersigned counsel and agency counsel engaged in good faith efforts throughout this period to determine whether the case could be settled on the terms proposed by Plaintiff or some other basis.

      5. The undersigned counsel also wishes to address and respond to opposing counsel's contentions that he "generously attempted to consent to additional time for Defendant to file his Answer only" and that "Defendant rejected [this offer], and instead, stated that he would be filing a dispositive motion." In fact, during two conversations on November 2, 2007, Plaintiff's counsel refused to consent to either a 30 day or a 45 day enlargement of the deadline for Defendant's response to Plaintiff's Amended Complaint unless the undersigned counsel either: (a) committed to filing an Answer in lieu of a Motion; or (b) described in detail the arguments he planned to make with respect to each vacancy at issue in any anticipated Motion. When the undersigned counsel declined to agree to these demands, Plaintiff's counsel advised that he

would not consent to any enlargement of time on Defendant's deadline.  The undersigned counsel never committed to filing a dispositive motion during these conversations, but only stated that it was possible that he would file a dispositive motion as to some or all of Plaintiff's claims.

          Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 5th day of November, 2007, the foregoing *Defendant's Response to Plaintiff's Notice to the Court Regarding Defendant's Motion for Enlargement of Time* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

    Nathaniel D. Johnson, Esq.
    Nathaniel D. Johnson & Associates, L.L.C.
    3475 Leonardtown Road
    Suite 200
    Waldorf, MD 20602

        /s/_____
    JONATHAN C. BRUMER, D. C. BAR # 463328
    Special Assistant United States Attorney
    555 Fourth Street, N.W., Room E4815
    Washington, D.C. 20530
    (202) 514-7431
    (202) 514-8780 (facsimile)