**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
ESTATE OF GERALD GROSSMAN,       :
                                 :
        Plaintiff,                :
                                 :
    v.                           : Civil Action No. 07-0353 (JR)
                                 :
CARLOS M. GUTIERREZ, Secretary,  :
U.S. Department of Commerce,     :
                                 :
        Defendant.               :
```

**ORDER**

If government counsel had responded to plaintiff's amended complaint instead of using the the time to write a six-page motion for extension of time, this case would be at issue by now. The motion [#11] is **granted**, but only **in part**. The government may have until **November 13, 2007** to answer, move, or otherwise plead.


JAMES ROBERTSON
United States District Judge