IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF GERALD GROSSMAN**<br><br>       **Plaintiff,**<br><br>v.<br><br>**CARLOS M. GUTIERREZ, SECRETARY**<br>**U.S. DEPARTMENT OF COMMERCE**<br><br>       **Defendant.** | Civil No. 07-353 (JR) |

## PLAINTIFF'S MOTION FOR CONTEMPT AND FOR SANCTIONS

**NOW COMES** Plaintiff, Andrew Weiss, by undersigned counsel and moves this Court for an Order for Contempt and Sanctions against Defendant for failure to comply with this Court's Order, issued November 9th. In support of this motion, Plaintiff states herein as follows:

1. Plaintiff initiated this civil action on February 14, 2007.

2. Since that time, Plaintiff, Gerald Grossman, unexpectedly passed away and this Court allowed Substitution of Parties in accordance with F.R.C.P. 25(a)(1).

3. Defendant has motion this Court on three separate occasions for an enlargement to "answer, move or otherwise plead to the complaint." (See Dkt. Nos. 4, 8 and 11).

4. The last motion was partially granted in that Defendant was allowed to file his response no later than November 13th. Id.

5. At this time, Defendant has failed to comply with this Court's clear Order and

1

Plaintiff awaits to have the issues addressed in his complaint that are currently before this Court, but cannot due to the delay and non-compliance of Defendant.

## ARGUMENT

Defendant's blatant non-compliance with this Court's Order should not go unnoticed. (See *Wilderness Watch v. Robertson*, WL 1750033 D.D.C., 1998.)   Defendant's continued delay in seeking enlargements due to his schedule in other cases has resulted in prejudice and delay to Plaintiff.

Moreover, Defendant has not at this time sought to inform the Court for his failure to comply with its clear and ambiguous Order to respond to Plaintiff's complaint by November 13th.  (See *Armstrong v. Executive Office of the President, Office of Admin.*, 1 F.3d 1274 (D.C.Cir.1993), "for civil contempt sanctions to be imposed there must be a violation of an order (or a statutory stay) that is clear and unambiguous and the violation must be proven by clear and convincing evidence.").

Defendant was unavailable to consent to this motion.

For the foregoing reasons, Plaintiff seeks the requested relief.


Respectfully submitted on behalf of Plaintiff:


November 14, 2007            _____/s/_____
                             Nathaniel D. Johnson (Federal #14729 MD)
                             3475 Leonardtown Road, Suite 200
                             Waldorf, Maryland   20602
                             301-645-9103
                             301-861-0411 fax

2

**CERTIFICATE OF SERVICE**

I, Nathaniel D. Johnson, certify that on this date, the foregoing, Motion for Contempt and for Sanctions, was forwarded via ECF to the following addressee:

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia, Civil Division
555 4th Street, N.W., Room E-4815
Washington, D.C. 20530

/s/
Nathaniel D. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ESTATE OF GERALD GROSSMAN**

    **Plaintiff,**

v.                                                             Civil No. 07-353 (JR)

**CARLOS M. GUTIERREZ, SECRETARY**
**U.S. DEPARTMENT OF COMMERCE**

    **Defendant.**

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an Order for Contempt and for Sanctions against Defendant, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____ day of November 2007;

Plaintiff's motion is hereby DENIED, this ____ day of November 2007.

**SO SHALL IT BE ORDERED.**

_____
Judge Robertson

1