UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF GERALD GROSSMAN,            )
                                      )
        Plaintiff,                    )
                                      )
   v.                                 )   Civil Action No. 07-0353 (JR)
                                      )
CARLOS M. GUTIERREZ, Secretary,       )
U.S. Department of Commerce,          )
                                      )
        Defendant.                    )
                                      )

**DEFENDANT'S ANSWER TO
AMENDED COMPLAINT**

Defendant Carlos M. Gutierrez, Secretary, United States Department of Commerce ("Defendant"), by and through his undersigned attorneys, respectfully submits the following Answer to Plaintiff's Amended Complaint:

**FIRST AFFIRMATIVE DEFENSE**

Several of Plaintiff's claims are untimely.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff has failed to exhaust its administrative remedies with respect to some of its claims.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a claim upon which relief may be granted with respect to some of its claims.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff fails to state a prima facie case under some or all of the claims or causes of action asserted.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant had legitimate, non-discriminatory reasons for its actions which were in full compliance with the applicable statutes, regulations, and other authorities.

**SIXTH AFFIRMATIVE DEFENSE**

Some or all of Plaintiff's claims are barred by the statute of limitations.

Defendant reserves the right to assert additional defenses, affirmative or otherwise, upon further investigation and discovery into the matters alleged. Defendant asserts all applicable statutory limitations with respect to Plaintiff's damage claims.

**SPECIFIC RESPONSES**

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant further responds to Plaintiff's Amended Complaint as follows by responding to the numbered paragraphs of the Complaint:

**JURISDICTION AND VENUE**

1. This paragraph contains Plaintiff's characterization of this action, to which no response is required. To the extent that an answer may be deemed to be required, the allegations in this paragraph are denied.

2. This paragraph contains conclusions of law and Plaintiff's characterization of this action, to which no response is required. To the extent that a response is deemed to be necessary, the allegations in this paragraph are denied.

## PARTIES

3. Defendant denies the allegations in this paragraph, except to admit that the Report of Investigation indicates that the late Plaintiff Gerald Grossman resided for some period of time in Maryland prior to his death, and that he indicated on one of his applications that he was a citizen of the United States.

4. This paragraph contains a conclusion of law, to which no response is required. Defendant further avers that the Report of Investigation indicates that Gerald Grossman was born on February 10, 1943.

5. Defendant denies the allegations in this paragraph, except to admit that the Defendant Carlos M. Gutierrez is the Secretary of Commerce, and that the Department of Commerce is subject to certain provisions of the Age Discrimination in Employment Act ("ADEA").

## ADMINISTRATIVE PROCEDURES

6. This paragraph contains conclusions of law and Plaintiff's characterization of 29 C.F.R. § 1614.106, to which no response is required. To the extent that a response is deemed to be necessary, Defendant denies the allegations in this paragraph, except to admit that the Report of Investigation indicates that Gerald Grossman initiated contact with the EEO office concerning several of his claims on or about June 2, 2005, was issued a Right to File Notice within 15 calendar days dated June 15, 2005 (which was received by Mr. Grossman on June 16, 2005), and filed a Complaint of Employment Discrimination on June 29, 2005.

7. Defendant denies this paragraph except to admit that Gerald Grossman requested a hearing before the Equal Employment Opportunity Commission ("EEOC"), but later withdrew that request. As a result of this withdrawal, the EEOC remanded the administrative complaint back to

the agency for issuance of a final agency decision.

    8. This paragraph contains conclusions of law and Plaintiff's characterization of 42 U.S.C. §§ 2000e-5(f) and 29 U.S.C. § 626, to which no response is required. To the extent that a response is deemed to be necessary, Defendant denies the allegations in this paragraph.

## STATEMENT OF FACTS

    9. Defendant denies the allegations in this paragraph, except to admit that Gerald Grossman submitted an application for consideration for the following seven positions:

(1) Meteorologist (advertised under Vacancy Announcement No. NWS-NCEP-2005-015);

(2) Meteorologist (Vacancy Announcement No. NWS-NCEP-2005-017);

(3) Meteorologist (Vacancy Announcement No. H-NWS-4122-GCM);

(4) Meteorologist (Vacancy Announcement No. H-NWS-4121-GCM);

(5) Meteorologist (Vacancy Announcement No. H-NWS-04102-GCM);

(6) Meteorologist (Vacancy Announcement No. H-NWS-04101-GCM);

(7) Senior Forecaster (Vacancy Announcement No. C-NWSC-04085TMP);

    Defendant avers that Gerald Grossman's name does *not* appear on lists of applicants which are in Defendant's possession concerning the following two vacancies: (1) Meteorologist (Vacancy Announcement No. H-NWS-05010-MFW) and (2) Meteorologist (Vacancy Announcement No. H-NWS-04134-GCM). Defendant further avers that although Gerald Grossman appears to have submitted an application for the position of Senior Forecaster (Vacancy Announcement No. C-NWSC-04085TMP), Mr. Grossman subsequently withdrew that application.

    Defendant further avers that no Vacancy Announcement No. WS-409081-12 ever existed,

however there was a similarly named vacancy announcement number EWS-4090801-12.SDT for which Mr. Grossman applied.

Defendant lacks information sufficient to admit or deny Plaintiff's allegations that he submitted an application for the remaining vacancies listed in this paragraph: (1) Senior Forecaster (Vacancy Announcement No. NOS-CCOS-2004-0015); and (2) General Forecaster (Vacancy Announcement No. EWS-4090805-12.S).

10.  Defendant denies this paragraph on the basis that it is nonsensical.  However, Defendant admits that individuals under the age of 62 were selected for the following vacancies identified in paragraph 10 of the Amended Complaint: (1) Meteorologist (Vacancy Announcement No. NWS-NCEP-2005-0017); (2) Meteorologist (Vacancy Announcement No. H-NWS-04122); (3) Meteorologist (Vacancy Announcement No. H-NWS-04121-GCM); (4) Meteorologist (Vacancy Announcement No. H-NWS-04101-GCM); (5) Meteorologist (Vacancy Announcement No. H-NWS-04134-GCM); (6) Senior Forecaster (Vacancy Announcement No. C-NWSC-04085TMP); and (7) General Forecaster (Vancancy Announcement No. EWS-409081-12).

Defendant acknowledges that a document in the Report of Investigation indicates that the selectee for Vacancy Announcement No. EWS-4090805-12.S was under the age of 62, however Defendant has not been able to independently confirm or deny this proposition.

## COUNT I

11.  Defendant hereby incorporates by reference paragraphs 1 through 11 of this Answer.

12.  Plaintiff's allegation in this paragraph is vague and confusing, as it is unclear as to how many and which meteorologist vacancy position(s) Plaintiff intends to reference in this

paragraph. Defendant denies Plaintiff's allegations in this paragraph on this basis. Subject to that objection, Defendant avers that his selections took proper account of the various applicant's qualifications and lack thereof.

13. Plaintiff's allegation in this paragraph is vague and Defendant cannot ascertain to which vacancy he is referencing. Therefore, Defendant denies Plaintiff's allegations in this paragraph. Subject to this objection, Defendant denies that he has placed similarly situated younger individuals in any of the positions at issue in this action.

14. Defendant denies the allegations in this paragraph.

### PRAYER FOR RELIEF

The remaining paragraphs of the complaint constitute a prayer for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to any relief whatsoever as a matter of fact and/or law.

Defendant avers that to the extent sought by Plaintiff, neither compensatory nor liquidated nor punitive damages are recoverable pursuant to the ADEA. Defendant also avers that, to the extent sought by Plaintiff, interest may not be awarded under the ADEA when the Defendant is a federal agency. Defendant further avers that, to the extent sought by Plaintiff, attorney's fees may not be awarded under the ADEA.

Defendant expressly denies each and every allegation in the complaint that is not expressly admitted in this answer.

WHEREFORE, Defendant having submitted his answer to Plaintiff's Amended Complaint, Defendant respectfully requests that this action be dismissed with prejudice, and the Court grant judgment on behalf of Defendant, order that Plaintiff take nothing by virtue of this action, and award

to Defendant any and all relief that the Court deems just, including the costs associated with defending this action.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 13th day of November, 2007, the foregoing *Defendant's Answer to Amended Complaint* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Nathaniel D. Johnson, Esq.
>Nathaniel D. Johnson & Associates, L.L.C.
>3475 Leonardtown Road
>Suite 200
>Waldorf, MD 20602

__/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)