UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GERALD GROSSMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0353 (JR) |
| | ) |
| CARLOS M. GUTIERREZ, Secretary, | ) |
| U.S. Department of Commerce, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR CONTEMPT AND FOR SANCTIONS**

Defendant Carlos M Gutierrez, Secretary, United States Department of Commerce, by and through undersigned counsel, files this Response to the Motion for Contempt and for Sanctions, which Plaintiff filed on November 14, 2007.  See Docket Entry No. 15.  Defendant respectfully states as follows:

1.  On November 9, 2007, the Court issued an order in this action instructing Defendant to file an Answer or other response to Plaintiff's Amended Complaint by November 13, 2007. See Docket Entry No. 14.

2.  The undersigned counsel completed an Answer to Plaintiff's Amended Complaint by November 13, 2007.  On the evening of November 13, 2007, he attempted multiple times to access the District of Columbia's Electronic Case Filing ("ECF") website so that he could file the Answer he had drafted, but was unable to access the site.  Several of his colleagues experienced the same technical problems with the website the same evening.

4.  When it became apparent that he would not be able to access the ECF website, the undersigned sent a PDF copy of his Answer to the generic e-mail address listed on the Court's

Civil ECF filing Pointers (dcd_cmecf@dcd.uscourts.gov), as well as to Joe Burgess.  See "Civil ECF Filing Pointers," *available at* http://www.dcd.uscourts.gov/civil-newfilingptrs.pdf).  He sent this e-mail on November 13, 2007 at 7:59 p.m..  One minute later, he received a delivery confirmation message confirming that the message was delivered.  He also received a reply e-mail from Mr. Burgess the following morning advising him that his message had been received.

5. Earlier this morning, the docket sheet for this case did not reflect the filing of Defendant's Answer.  However, it now reflects the fact that Defendant filed his Answer to Plaintiff's Amended Complaint by the November 13, 2007 deadline.  See Docket Entry No. 16.

6. On November 14, 2007 at or around 9:51 a.m., prior to the appearance of Defendant's Answer on the Court's docket sheet, Plaintiff filed his Motion for Contempt and for Sanctions.  See Docket Entry No. 15.

7. For the reasons set forth above, Plaintiff's Motion for Contempt and for Sanctions is based on an erroneous presumption and should be denied.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 14th day of November, 2007, the foregoing *Defendant's Response to Plaintiff's Motion for Contempt and for Sanctions* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Nathaniel D. Johnson, Esq.
>Nathaniel D. Johnson & Associates, L.L.C.
>3475 Leonardtown Road
>Suite 200
>Waldorf, MD 20602

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)