IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF GERALD GROSSMAN** <br><br> **Plaintiff,** <br><br> v. <br><br> **CARLOS M. GUTIERREZ, SECRETARY** <br> **U.S. DEPARTMENT OF COMMERCE** <br><br> **Defendant.** | Civil No. 07-353 (JR) |

## PLAINTIFF'S WITHDRAWAL OF MOTION

**NOW COMES** Plaintiff, Andrew Weiss, by undersigned counsel and withdraws his motion for Contempt and Sanctions against Defendant for failure to comply with this Court's Order. (Dkt. No. 15). This withdrawal is based upon the representations included in Defendant's response. (Dkt. No. 17).
.

                                                Respectfully submitted on behalf of Plaintiff:

November 15, 2007                  _____/s/_____
                                       Nathaniel D. Johnson (Federal #14729 MD)
                                         3475 Leonardtown Road, Suite 200
                                         Waldorf, Maryland   20602
                                         301-645-9103
                                         301-861-0411 fax

## CERTIFICATE OF SERVICE

I, Nathaniel D. Johnson, certify that on this date, the foregoing, Withdrawal of Motion for Contempt and for Sanctions was forwarded via ECF to the following addressee:

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia, Civil Division
555 4th Street, N.W., Room E-4815
Washington, D.C. 20530

/s/
Nathaniel D. Johnson

2