UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GERALD GROSSMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS M. GUTIERREZ, Secretary, ) <br> U.S. Department of Commerce, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 07-0353 (JR) |

**UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL SCHEDULING
CONFERENCE, AND FOR ENLARGEMENT OF TIME ON THE PARTIES'
DEADLINE FOR FILING
<u>JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE</u>**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Carlos M Gutierrez, Secretary, United States Department of Commerce, by and through undersigned counsel, respectfully moves this Court: (1) for a continuance of the Initial Scheduling Conference in the above-captioned action which is currently set for December 12, 2007 at 4:30 p.m.; and (2) to enlarge the parties' deadline for filing a Joint Report of Local Rule 16.3 Conference.

The undersigned counsel was recently assigned to a trial which is scheduled to begin on December 10, 2007, and is expected to last for three full days, through the afternoon of December 12, 2007. For this reason, Defendant respectfully requests that the Court continue the Initial Scheduling Conference to December 19, 2007 or December 20, 2007, or to another subsequent date convenient to the Court. For this reason and because he has two briefs due before December 12, 2007, the current date of the Initial Scheduling Conference, Defendant further respectfully requests that the Court extend the parties' deadline for filing a Joint Report of Local Rule 16.3 Conference to December 18, 2007.

On November 27, 2007 and November 28, 2007, the undersigned counsel for the Defendant exchanged a series of e-mails with Plaintiff's counsel about the relief sought in this motion. After some discussion, Plaintiff's counsel indicated that he did not oppose the relief sought in this motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of November, 2007, the foregoing *Unopposed Motion for Continuance of Initial Scheduling Conference, and for Enlargement of Time on the Parties' Deadline for Filing Joint Report of Local Rule 16.3 Conference* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Nathaniel D. Johnson, Esq.
>Law Firm of Nathaniel D. Johnson L.L.C.
>3475 Leonardtown Road
>Suite 200
>Waldorf, MD 20602

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GERALD GROSSMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS M. GUTIERREZ, Secretary, ) <br> U.S. Department of Commerce, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-0353 (JR) |

## ORDER

UPON CONSIDERATION of Defendant's *Unopposed Motion for Continuance of Initial Scheduling Conference, and for Enlargement of Time on the Parties' Deadline for Filing Joint Report of Local Rule 16.3 Conference*, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED that Defendant's Unopposed Motion be, and hereby is, GRANTED, and it is

ORDERED that the Initial Scheduling Conference currently set for December 12, 2007 at 4:30 p.m. is canceled, and will instead be held on _____ _____; and

FURTHER ORDERED that the parties shall have until December 18, 2007, to file a Joint Report of Local Rule 16.3 Conference.

_____
JAMES ROBERTSON
United States District Court Judge

Copies of this order to:

Nathaniel D. Johnson, Esq.
The Law Firm of Nathaniel D. Johnson, L.L.C.
3475 Leonardtown Road
Suite 200
Waldorf, MD 20602

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530