UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GERALD GROSSMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0353 (JR) |

NOTICE OF PARTIES' CONFERENCE REGARDING VACANCIES AT ISSUE

On December 19, 2007, immediately following the Initial Scheduling Conference in this action, pursuant to the Court's order, the undersigned counsel for Defendant, the agency counsel assigned to this case, and Plaintiff's counsel met and discussed whether the parties could agree to narrow the number of vacancies at issue in this action. Counsel continued their conversations via e-mail on December 20, 2007 and December 21, 2007. Unfortunately, despite those deliberations, Plaintiff's counsel has not agreed thus far to stipulate that any of the twelve (12) vacancies he has put at issue in his Amended Complaint should either be withdrawn or dismissed because threshold affirmative defenses apply.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of December, 2007, the foregoing *Notice of Parties' Conference Regarding Vacancies at Issue* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

> Nathaniel D. Johnson, Esq.
> Nathaniel D. Johnson & Associates, L.L.C.
> 3475 Leonardtown Road
> Suite 200
> Waldorf, MD 20602

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)