UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF GERALD GROSSMAN<br><br>　　PLAINTIFF,<br><br>v.<br><br><br>CARLOS M. GUTIERREZ, SECRETARY<br><br>　　DEFENDANT. | Civil Action No.:  07-353 (JR) |

**PLAINTIFF'S**
**MOTION FOR RECONSIDERATION**

**NOW COMES** Plaintiff, by and through undersigned counsel, and files his motion for Reconsideration as follows:

**INTRODUCTION**

Plaintiff filed his Civil Complaint on February 14, 2007, regarding employment discrimination, in this Court.  The Complaint alleges that Plaintiff was discriminated against in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 et seq., ADEA.

On December 19, 2007, this Court held an initial scheduling conference. During the course of the conference, Defendant requested leave from the propose scheduling Order to file a dispositive motion.  Plaintiff vigorously opposed the deviation from the scheduling Order since Defendant has made previous requests for extensions to file dispositive motions.

This Court granted Defendant's request over Plaintiff's vigorous objections.  Additionally, the Court instructed Plaintiff that he could "take as much time as needed," to file

1

his opposition to Defendant's dispositive motion. Defendant filed his motion for dismissal or in the alternative for summary judgment on January 18th (Docket No. 22). Because of some of the arguments advanced in Defendant's motion, Plaintiff initiated settlement discussions by proposing an offer to Defendant's counsel. Defendant's counsel then made a counter offer, and undersigned counsel took the matter to the attention of Plaintiff for consideration.

Plaintiff largely assumed, based upon the instruction of this Court during the scheduling conference on December 19, 2007, that he was afforded by the Court a liberal use of time to oppose Defendant's dispositive motion or, in alternatively, to negotiate a settlement. Accordingly, parties were actively engaged in what appeared to be good faith efforts to reach a resolution of the underlying claims with a settlement.

However, unsuspected to Plaintiff, on February 25th, this Court issued a Minute Order granting as conceded Defendant's motion to dismiss and Defendant's motion for summary judgment this civil action. This motion followed

### STANDARD OF REVIEW

A party may seek to alter or amend a judgment through a motion brought under Federal Rule of Civil Procedure 59(e). Rule 59(e) motions are generally appropriate where a movant presents 1) an intervening change in controlling law; 2) the availability of new evidence that was not previously available; or 3) the need to correct clear legal error or prevent manifest injustice. *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996). Plaintiff's motion is brought under the third prong or to prevent manifest injustice. Plaintiff is moving this honorable Court to reconsider its Opinion granting Defendant's motion for summary judgment in light of the instructions Plaintiff relied upon in assuming he was afforded a liberal use of time to settle or file his opposition motion.

## ARGUMENT

This motion is brought to prevent a manifest injustice to Plaintiff. Id. at *Firestone*. After Defendant filed his motion, parties exchanged settlement terms in an effort to reach resolution. Interestingly enough, Defendant withdrew his counter-offer after the Court's Order on February 26th.[1] Plaintiff would like to continue settlement discussions or if futile, alternatively, file his opposition to Defendant's motion.

## CONCLUSION

For the foregoing reasons, Plaintiff asks that the requested relief be granted.

March 7, 2008                Respectfully submitted on Plaintiff's behalf,

/s/
Nathaniel D. Johnson (Federal #14729 MD)
Law Firm of Nathaniel D. Johnson, L.L.C.
201 Centennial Street, Suite A-2
P.O. Box 1857
LaPlata, Maryland  20646
301-645-9103
301-861-0411 fax

Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, March 7, 2008, the foregoing Motion for Reconsideration was sent via ECF to the following addressee:

Rudolph Contreras, AUSA

Nathaniel D. Johnson

---

[1] Respectfully, the Court will take note of the fact that a Schedule was never issued after it agreed to grant Defendant's request to file his dispositive motion.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF GERALD GROSSMAN**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**CARLOS M. GUTIERREZ, SECRETARY**<br><br>**DEFENDANT.** | Civil Action No.: 07-353 (JR) |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court to Reconsider its Order granting Defendant's dispositive motion, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____ day of March 2008;

Plaintiff's motion is hereby DENIED, this _____ day of March 2008.

**SO SHALL IT BE ORDERED.**

Honorable, Judge Robertson