UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF GERALD GROSSMAN**<br><br>    **PLAINTIFF,**<br><br>    v.<br><br><br>**CARLOS M. GUTIERREZ, SECRETARY**<br><br>    **DEFENDANT.** | Civil Action No.:  07-353 (JR) |

## NOTICE OF SETTLEMENT

Plaintiff informs this Court that parties have agreed, in principle, to a preliminary settlement of the above-captioned matter[1]. Accordingly, parties will execute an agreement for signature and then file with the Court within an appropriate and reasonable time. Based upon the good faith representations of a resolution by Defendant's counsel, Plaintiff does not intend to file an opposition to the dispositive motion.

April 2, 2008            Respectfully submitted on Plaintiff's behalf,

                               /s/
                    Nathaniel D. Johnson (Federal #14729 MD)
                    Law Firm of Nathaniel D. Johnson, L.L.C.
                    201 Centennial Street, Suite A-2
                    P.O. Box 1857
                    LaPlata, Maryland  20646
                    301-645-9103
                    301-861-0411 fax

---

[1] Defendant's counsel must first obtain necessary approvals.

1

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, April 2, 2008, the foregoing Notice of Settlement was sent via ECF to the following addressee:

Rudolph Contreras, AUSA

/s/
_____
Nathaniel D. Johnson